UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06076-SK Date: July 22, 2026

Title Kevin Kelly v. Nationstar Mortgage LLC et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

The instant case was removed to the U.S. District Court on June 4, 2026. Pursuant to the parties' stipulation (ECF 4), Defendants Nationstar Mortgage LLC and US Bank National Association's answers were due on July 13, 2026.

It appears that Defendants have not filed a response. Accordingly, on its own motion, the Court orders Plaintiff to show cause in writing, on or before **August 5, 2026**, why this action should not be dismissed for lack of prosecution.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds this matter appropriate for submission without oral argument. The Order to Show Cause will be deemed submitted upon the filing of a satisfactory response.

For purposes of this Order, the Court will deem either (1) Defendants' answer or (2) Plaintiff's application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure to constitute a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.